**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 30, 2019

Hon. Alison J. Nathan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 100007



Re: *Cumberbatch v. Ross*, No. 19 Civ. 305 (AJN)

Dear Judge Nathan:

This Office represents the federal defendant in the above-referenced employment discrimination action filed pursuant to the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. I write respectfully to request a brief adjournment of the initial conference scheduled for August 2, 2019, at 3:00 p.m., so that I can attend a personal matter. This is the Government's first request for an adjournment and opposing counsel consents to it. If the Court approves this request, and if acceptable to the Court, both parties are available for a conference the following week on August 5, 6, or 7.

I thank the Court for its consideration of this request.

> The initial pretrial conference currently scheduled for August 2, 2019 is hereby adjourned to August 9, 2019 at 3 p.m. The parties may resubmit their joint letter and proposed case management plan on or before August 2, 2019.
> SO ORDERED.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   */s/ Kirti Reddy*
KIRTI V. REDDY
Assistant United States Attorney
Telephone: (212) 637-2751
Facsimile: (212) 637-2786
E-mail: kirti.reddy@usdoj.gov

cc:   (via ECF)
      counsel of record

SO ORDERED: 7/31/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE