```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CAROL A. CUMBERBATCH,                                             :
                                                                  :
                        Plaintiff,                                :
                                                                  :        19-cv-0305 (LJL)
        -v-                                                       :
                                                                  :        ORDER
WILBUR L. ROSS, Secretary U.S. Department of                      :
Commerce,                                                         :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/6/2020

LEWIS J. LIMAN, United States District Judge:

WHEREAS the discovery deadlines in this action expired on February 28, 2020, *see* Dkt. No. 28, it is hereby ORDERED that the parties shall be ready for trial by October 26, 2020 and shall submit a joint pretrial order by October 19, 2020.

SO ORDERED.

Dated: May 6, 2020
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge