```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CUMBERBATCH,                                                         :
                                                                     :
                                Plaintiff,                           :
                                                                     :       19-cv-0305 (LJL)
                -v-                                                  :
                                                                     :          ORDER
ROSS,                                                                :
                                                                     :
                                Defendant.                           :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2021

LEWIS J. LIMAN, United States District Judge:

      Oral argument that was previously scheduled for September 2, 2021 will be held on September 3, 2021 at 10:30AM.  The hearing will proceed remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      SO ORDERED.

Dated: August 31, 2021
       New York, New York
                                                LEWIS J. LIMAN
                                          United States District Judge