```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CUMBERBATCH,                                                       :
                                                                   :
                              Plaintiff,                           :
                                                                   :            19-cv-0305 (LJL)
               -v-                                                 :
                                                                   :                ORDER
ROSS,                                                              :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2021

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on September 20, 2021. For the reasons stated on the record at that conference, Defendant's motion for summary judgment at Dkt. No. 41 is GRANTED IN PART and DENIED IN PART.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 41.

SO ORDERED.

Dated: September 27, 2021
       New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                      United States District Judge