```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CAROL CUMBERBATCH,

                      Plaintiff,

          -v-

WILBUR ROSS,

                      Defendant.
-----------------------------------------------------------------------X

19-CV-0305 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

       The Court has received a letter informing it that counsel for the plaintiff has passed away. No other counsel has appeared for the plaintiff. The previously scheduled dates for trial, the joint pretrial order, and the final pretrial conference are vacated. A telephonic status conference is scheduled for April 11, 2022 at 12:00 p.m. to discuss how this case will proceed. The parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

       The Clerk of Court is respectfully directed to mail a copy of this Order to the address on file for counsel for plaintiff.

       SO ORDERED.

Dated: January 27, 2022
       New York, New York

                                                         LEWIS J. LIMAN
                                                          United States District Judge