UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2022
```

-----------------------------------------------------------------------X
                   :

CAROL A. CUMBERBATCH,           :

                   :

           Plaintiff,     :

                   :         19-cv-0305 (LJL)

     -v-               :

                   :         <u>ORDER</u>

WILBUR L. ROSS,           :

                   :

           Defendant.   :

                   :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court previously received a letter informing it that counsel for Plaintiff had passed away.  The Court scheduled a status conference for April 11, 2022 at 12:00 p.m. to discuss how the case will proceed; Plaintiff did not appear at the conference.  Accordingly, the conference was cancelled.  The status conference is rescheduled to **May 12, 2022, at 12:00 p.m.**; both parties are directed to appear telephonically.  The parties are directed to use the Court's teleconference line at 888-251-2909, Access Code 2123101.

       Defendant is directed to serve Plaintiff personally with this Order by April 15, 2022 at both the address of Plaintiff's former counsel as well as at Plaintiff's last-known address, if available, and to file proof of service on the docket.  Plaintiff is warned that failure to appear telephonically at the May 12, 2022 conference may result in dismissal of her case for failure to prosecute.

       SO ORDERED.

Dated: April 11, 2022
      New York, New York          _____
                               LEWIS J. LIMAN
                        United States District Judge