```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
CAROL A. CUMBERBATCH,                                           :
                                                                :
                           Plaintiff,                           :
                                                                :         19-cv-00305 (LJL)
             -v-                                                :
                                                                :              ORDER
WILBUR L. ROSS,                                                 :
                                                                :
                           Defendant.                           :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a Telephone Conference in this matter on May 12, 2022 in which the plaintiff appeared pro se and counsel appeared on behalf of the defendant. The Court granted plaintiff's request for an additional 60 days to retain new representation. The next Telephonic Status Conference has been scheduled for July 6, 2022 at 3:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. A firm trial date will be set at the July 6 conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff at 40 W. 135th Street, Apt. 2BNew York, NY 10037.

SO ORDERED.

Dated: May 17, 2022
       New York, New York                       _____
                                                       LEWIS J. LIMAN
                                                United States District Judge