```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CAROL A. CUMBERBATCH,                                                :
                                                                     :
                              Plaintiff,                             :
                                                                     :         19-cv-00305 (LJL)
        -v-                                                          :
                                                                     :             ORDER
WILBUR L. ROSS,                                                      :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     As stated at the scheduling conference on July 6, 2022, a jury trial is set for February 21, 2023, at 9:30 a.m. in Courtroom 15C of the 500 Pearl Street courthouse. The joint pretrial order is due on January 30, 2023, along with any *in limine* motions and the parties' proposed jury charges in accordance with the Court's Individual Practices. Oppositions to any *in limine* motions are due on February 6, 2023. A final pretrial conference is scheduled for February 16, 2023 at 3:00 p.m. in Courtroom 15C of the 500 Pearl Street courthouse.

     SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                                                  LEWIS J. LIMAN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/08/2022